Núms. 8325 y 8326.—LUCE & COMPANY, S. EN C., aplda. *v.* RENTA, aplte.—C. D. Ponce. ▇▇▇▇▇▇ Marzo 25, 1941. LA MISMA, aplda. *v.* CRUZ, aplte.—C. D. Ponce. Desahucio. Marzo 25, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, en el caso arriba expresado la corte inferior dictó sentencia a favor de la demandante el 7 de mayo de 1940, estableciéndose por el demandado recurso de apelación para ante este tribunal el 13 del mismo mes;

POR CUANTO, el apelante solicitó y obtuvo de dicha corte una orden dirigida a su taquígrafo para la preparación de la transcripción de evidencia y desde entonces ha venido solicitando prórrogas para presentarla, la última de las cuales venció el 3 de febrero del corriente año, sin que el demandado apelante pidiera nueva prórroga y sin que se haya radicado en la corte inferior dicha transcripción;

POR CUANTO, el taquígrafo de la corte inferior, de acuerdo con lo dispuesto en la Regla 30 de las cortes de distrito, apartado *B,* solicitó y obtuvo de la corte una orden para que por el apelante se consignase en secretaría el montante de sus honorarios, sin que hasta la fecha lo haya hecho;

POR CUANTO, la apelada radicó en esta corte una moción interesando la desestimación del recurso por los fundamentos antes expuestos, la que fué debidamente notificada al abogado de la parte apelante;

Por cuanto, la referida moción fué señalada para el día 24 del actual, habiendo sido oportunamente notificado el abogado del apelante, sin que asistiera a sostener su recurso, que fué visto con el solo informe del abogado de la apelada;

Por tanto, vistos los autos de este caso y las reglas de este tribunal, se declara con lugar la moción y se desestima el recurso por abandono.